## 39877. BRAZO v. COX.
## 39878. KRYSTAL COMPANY v. COX.

PER CURIAM.

After plenary consideration of this matter, we find that Division 1 of the opinion of the Court of Appeals and the judgment rendered thereon, *Cox v. Brazo,* 165 Ga. App. 888 (1) (303 SE2d 71) (1983), are correct and should be affirmed.

*Judgment affirmed. All the Justices concur, except Marshall, P. J., and Clarke, J., who dissent.*

DECIDED SEPTEMBER 22, 1983 —
REHEARING DENIED OCTOBER 18, 1983.

*Kelly, Denney, Pease & Allison, John W. Denney, Miller P. Robinson,* for appellant (case no. 39877).

*Hatcher, Stubbs, Land, Hollis & Rothschild, Robert C. Martin, Jr., James E. Humes II,* for appellant (case no. 39878).

*Peter G. Williams,* for appellee.

*W. Lyman Dillon, Gary P. Bunch,* amicus curiae.